| | |
|---|---|
| 1 | Jonathan M. Lebe (State Bar No. 284605) |
|   | Jon@lebelaw.com |
| 2 | Zachary Gershman (State Bar No. 328004) |
|   | Zachary@lebelaw.com |
| 3 | Brielle D. Edborg (State Bar No. 347579) |
|   | Brielle@lebelaw.com |
| 4 | **Lebe Law, APLC** |
|   | 777 S. Alameda Street, Second Floor |
| 5 | Los Angeles, CA 90021 |
|   | Telephone: (213) 444-1973 |
| 6 | |
| 7 | Attorneys for Plaintiff Tiara Billups-Larkin, individually and on behalf of all others similarly situated |
| 8 | MORGAN, LEWIS & BOCKIUS LLP |
|   | Eric Meckley, Bar No. 168181 |
| 9 | Sarah Zenewicz, Bar No. 258068 |
|   | One Market Spear Street Tower |
| 10 | San Francisco, CA 94105-1596 |
|    | Tel: +1.415.442.1000 |
| 11 | Fax: +1.415.442.1001 |
|    | eric.meckley@morganlewis.com |
| 12 | sarah.zenewicz@morganlewis.com |
| 13 | Attorneys for Defendant |
|    | ARAMARK SERVICES, INC. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tiara Billups-Larkin, individually and on behalf of all others similarly situated | Case No. 3:21-cv-06852-RS |
| | **JOINT STIPULATION AND ORDER TO VACATE THE FURTHER CASE MANAGEMENT CONFERENCE** |
| Plaintiff, | |
| vs. | Complaint Filed: June 16, 2021 |
| Aramark Services, Inc., | Trial Date:   None Set |
| Defendant. | |

Case No. 3:21-cv-06852-RS

TO THE HONORABLE COURT:

Plaintiff Tiara Billups-Larkin ("Plaintiff") and Defendant Aramark Services, Inc. ("Defendant") (Plaintiff and Defendant are collectively referred to as the "Parties"), hereby submit the foregoing Joint Stipulation and Proposed Order:

On September 9, 2022, the Parties participated in an arm's-length mediation for this case with private mediator Lisa Klerman. On September 13, 2022, the Parties accepted Lisa Klerman's settlement proposal and began working collaboratively to negotiate a long-form settlement agreement.

On April 18, 2023, the Parties finalized the long-form settlement agreement and expect Plaintiff to file a motion for preliminary approval within the next three weeks, by May 10, 2023. As a result, the Parties jointly respectfully request that the Court vacate the Further Case Management Conference that is currently scheduled for April 27, 2023.

LEBE LAW, APLC

Dated: April 19, 2023   By:    /s/ Jonathan M. Lebe[1]
   Jonathan M. Lebe
   Zachary Gershman
   Brielle D. Edborg
   Attorneys for Plaintiff Tiara Billups-Larkin

MORGAN, LEWIS & BOCKIUS LLP

Dated: April 19, 2023   By:    /s/ Sarah Zenewicz
   Eric Meckley
   Sarah Zenewicz
   Attorneys for Defendant Aramark Service, Inc.

---

[1] Pursuant to the Local Rules for the Northern District Court of California, I attest that I have authorization from all signatories to this document in its filing.

**ORDER**

Having considered Plaintiff Tiara Billips-Larkin ("Plaintiff") and Defendant Aramark Services, Inc.'s ("Defendant") (together, the "Parties") joint stipulation, the Court hereby ORDERS that the Further Case Management Conference scheduled for April 27, 2023 is hereby VACATED.

Dated: April 20, 2023          By: /s/ Richard Seeborg
                                   HONORABLE RICHARD SEEBORG
                                   UNITED STATES DISTRICT JUDGE