LEBE LAW, APLC
Jonathan M. Lebe, Bar No. 284605
Zachary Gershman, Bar No. 328004
777 S. Alameda Street, Second Floor
Los Angeles, CA 90021
Tel:    +1.213.444.1973
jon@lebelaw.com
zachary@lebelaw.com

Attorneys for Plaintiff
TIARA BILLUPS-LARKIN, individually
and on behalf of all others similarly situated

MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
Sarah Zenewicz, Bar No. 258068
Kassia Stephenson, Bar No. 336175
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Tel:    +1.415.442.1000
Fax:    +1.415.442.1001
eric.meckley@morganlewis.com
sarah.zenewicz@morganlewis.com
kassia.stephenson@morganlewis.com

Attorneys for Defendant
ARAMARK SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIARA BILLUPS-LARKIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ARAMARK SERVICES, INC. and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 3:21-cv-06852-RS<br><br>Hon. Richard Seeborg<br><br>**JOINT STIPULATION PROVIDING FINAL IMPLEMENTATION SCHEDULE AND PROPOSED BRIEFING SCHEDULE FOR MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, AND REQUESTING CONTINUANCE OF FINAL HEARING DATE; ORDER** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

Case No. 3:21-cv-06852-RS

JOINT STIPULATION;ORDER

DB2/ 46806944.2

1

## JOINT STIPULATION

2       Plaintiff Tiara Billups-Larkin ("Plaintiff") and Defendant Aramark Services, Inc.

3   ("Defendant" or "Aramark") (collectively, "the Parties"), by and through their respective counsel,

4   hereby submit the following stipulation providing the final implementation schedule and

5   proposed briefing schedule for Plaintiff's Motion for Final Approval of Class Action Settlement,

6   and requesting that the Court continue the Parties' Final Approval Hearing from to December 14,

7   2023 at 1:30 p.m. to January 25, 2024 at 1:30 p.m.

8       WHEREAS, on July 17, 2023, the Court issued its Order Granting Motion for Preliminary

9   Approval of Class Action Settlement, scheduling a Final Approval Hearing for December 7, 2023

10  at 1:30 p.m., and directing the parties to file a final implementation schedule and a briefing

11  schedule for the motion for final approval and any motion for attorneys' fees and costs;

12      WHEREAS, on October 2, 2023, the Court clerk issued a notice continuing the Final

13  Approval Hearing from December 7, 2023 at 1:30 p.m. to December 14, 2023 at 1:30 p.m.;

14      WHEREAS, Defendant provided the settlement class data to the settlement administrator

15  on August 2, 2023;

16      WHEREAS, the settlement administrator mailed the Notice of Settlement to the

17  settlement class members on August 22, 2023;

18      WHEREAS, the deadline for settlement class members to opt-out or object was

19  September 29, 2023;

20      WHEREAS, the Parties have met and conferred and have agreed to continue the Final

21  Hearing Date from December 14, 2023 at 1:30 p.m. to January 25, 2024 at 1:30 p.m., to ensure

22  Defendant's notice of this proposed class action settlement to the United States Office of the

23  Attorney General and California Attorney General's office complies with the Class Action

24  Fairness Act of 2005 ("CAFA") pursuant to 28 U.S.C. § 1715;

25      WHEREAS, the Parties have agreed that the following briefing schedule should be set

26  for Plaintiff's Motion for Final Approval of Class Action Settlement (the "Motion"):

27      (1) December 21, 2023 – deadline for Plaintiff to file her Motion;

28      (2) January 4, 2024 – deadline for any opposition to Plaintiff's Motion;

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

Case No. 3:21-cv-06852-RS

DB2/ 46806944.2

2

JOINT STIPULATION; ORDER

1    (3) January 11, 2024 – deadline for Plaintiff to file a reply in support of her Motion, if

2    any; and

3    (4) January 25, 2024 at 1:30 p.m. - hearing on Plaintiff's Motion on.

4    NOW, IT IS HEREBY STIPULATED AND AGREED, by and through the Parties'

5    respective counsel that the final hearing on Plaintiff's Motion for Final Approval of Class

6    Action Settlement shall be continued from to December 14, 2023 to January 25, 2024, or a

7    date thereafter that is convenient for the Court.  In addition, the Parties agree on the following

8    briefing schedule for Plaintiff's Motion for Final Approval of Class Action Settlement:

| Event | Deadline/Date |
|---|---|
| Deadline for Plaintiff to file Motion for Final Approval of Class Action Settlement | 12/21/2023 |
| Deadline for any Opposition to Plaintiff's Motion for Final Approval of Class Action Settlement | 1/4/2024 |
| Deadline for Plaintiff to file Reply in support of Motion for Final Approval of Class Action Settlement, if any | 1/11/2024 |
| Hearing on Plaintiff's Motion for Final Approval of Class Action Settlement | 1/25/2024 @ 1:30 p.m. |

In addition, the Parties submit the below final implementation schedule per the Court's direction in its Order Granting Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 32):

| Event | Deadline/Date |
|---|---|
| Plaintiff to File Motion for Attorney's Fees, Costs, and Incentive Payment | 12/21/2023 |
| Plaintiff to file Motion for Final Settlement Approval | 12/21/2023 |
| Final Approval Hearing | 1/25/2024 @ 1:30 p.m. |

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

Case No. 3:21-cv-06852-RS

3    JOINT STIPULATION; ORDER

DB2/ 46806944.2

1    **IT IS SO STIPULATED.**

2

3    Dated: October 16, 2023                    LEBE LAW, APLC

4
                                                By: _/s/ Zachary T. Gershman_____
5                                                   Jonathan M. Lebe
                                                    Zachary T. Gershman
6                                                   Attorneys for Plaintiff
                                                    Tiara Billups-Larkin, individually and on
7                                                   behalf of all others similarly situated
8    Dated: October 16, 2023                    MORGAN, LEWIS & BOCKIUS LLP

9
                                                By: _/s/ Eric Meckley_____
10                                                  Eric Meckley
                                                    Sarah Zenewicz
11                                                  Kassia Stephenson
                                                    Attorneys for Defendant
12                                                  ARAMARK SERVICES, INC.

13

14

15

16

17                              **<u>FILER'S ATTESTATION</u>**

18        I, Eric Meckley, attest that all other signatories listed, and on whose behalf this filing is

19   submitted, concur in the filing's content and have authorized the filing.

20                                                _/s/Eric Meckley_____
                                                 Eric Meckley
21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

Case No. 3:21-cv-06852-RS

4                    JOINT STIPULATION; ORDER

DB2/ 46806944.2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

The Court has reviewed the Stipulation Regarding Briefing Schedule for Plaintiff's Motion for Class Certification submitted by Plaintiff Tiara Billups-Larkin ("Plaintiff") and Defendant Aramark Services, Inc. ("Defendant" or "Aramark") (collectively, "the Parties"). For good cause appearing, the Court hereby GRANTS the Parties' Stipulation, continues the final hearing date from to December 14, 2023 to January 25, 2024, and sets the following briefing schedule for Plaintiff's Motion for Final Approval of Class Action Settlement:

| Event | Deadline/Date |
|---|---|
| Deadline for Plaintiff to file Motion for Final Approval of Class Action Settlement | 12/21/2023 |
| Deadline for Defendant to file Opposition to Plaintiff's Motion for Final Approval of Class Action Settlement (If any) | 1/4/2024 |
| Deadline for Plaintiff to file Reply in support of Motion for Final Approval of Class Action Settlement (If any) | 1/11/2024 |
| Hearing on Plaintiff's Motion for Final Approval of Class Action Settlement | 1/25/2024 @ 1:30 p.m. |

The Court further approves the following final implementation schedule submitted by the Parties:

| Event | Deadline/Date |
|---|---|
| Plaintiff to File Motion for Attorney's Fees, Costs, and Incentive Payment | 12/21/2023 |
| Plaintiff to file Motion for Final Settlement Approval | 12/21/2023 |
| Final Approval Hearing | 1/25/2024 @ 1:30 p.m. |

**IT IS SO ORDERED.**

Dated: 10/16/2023

By: _____
Hon. Richard Seeborg
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

Case No. 3:21-cv-06852-RS

5

JOINT STIPULATION; ORDER

DB2/ 46806944.2